UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABBARI McELROY, | No. 2:15-cv-2271-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CDC, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 6, 2017, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. After an extension of time, plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed February 6, 2017, are adopted in full; and

3    2.  Plaintiff's motions for injunctive relief (ECF Nos. 5, 6, 10) are denied.

4   DATED: March 27, 2017.

_____
UNITED STATES DISTRICT JUDGE